# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

AIMEE N. WEST,
                   Plaintiff,                                      CV 08 - 1035 - AA

        v.                              **ORDER**

MICHAEL ASTRUE,
Commissioner of Social Security,
                   Defendant.

───────────────────────────────────────────────

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney

fees in the amount of $6,086.00, and costs in the amount of $0.00, for a total of

$6,086.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F.

McGinty.  There are no expenses to be paid herein.

        DATED this _2_ day of ~~September~~ 2009.
                             October

                                        _____
                                        UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff